**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2190**

ABDUL RAHAMANI MUSAH,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of An Order of the Board of Immigration Appeals.

Submitted: April 17, 2018                                  Decided: April 19, 2018

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Elizabeth A. Kohler Maya, BROMBERG, KOHLER MAYA & MASCHLER, PLLC, Washington, D.C., for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Anthony P. Nicastro, Assistant Director, Jonathan Robbins, Senior Litigation Counsel, Civil Division, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul Rahamani Musah, a native and citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen sua sponte. We lack jurisdiction to review the Board's refusal to exercise its sua sponte authority to reopen and therefore dismiss the petition for review. *See Mosere v. Mukasey*, 552 F.3d 397, 400-01 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*